**No. 42899.**—Protest 178345–G of R. H. Macy & Co., Inc. (New York).

Opinion by Tilson, J.   From the record it was found that certain items consist of Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40).   As to these the claim at 75 percent under paragraph 1430 was sustained.   Artificial flowers like those the subject of *Robinson-Goodman* v. *United States* (17 C. C. P. A. 149, T. D. 43473) were held dutiable at 60 percent under paragraph 1419.